## ELLIS v. THE STATE.
(Decided December 17th, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

THOMAS, J.—Appeal dismissed on motion.